FILED
Clerk
District Court

NOV 1 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

JOHN S. PANGELINAN, ) Civil Action No. 07-0027
Plaintiff, )
)
v. ) NOTICE OF APPEAL
)
UNITED STATES OF AMERICA )
Defendant. )

    Notice is hereby given that John S. Pangelinan, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit (at San Francisco, California) from the Order Denying Motion Under 28 U.S.C. §2255, dated August 24, 2007, and filed with the district court on September 6, 2007, and, further hereby appeals to the same court from the Order Denying Motion for Reconsideration and Denying Motion for Withdrawal of Order, dated October 1, 2007, and filed with the district court on October 11, 2007. This notice is timely filed pursuant to the FRAP Rules.

    Plaintiff Pangelinan "was determined to be financially unable to obtain an adequate defense in a case" in U.S.A. v. Pangelinan, Criminal Action No. 06-00012, U.S. District Court for the Northern Mariana Islands (U.S.A. v. Pangelinan, Docket No. 07-10032, U.S. Court of Appeals for the Ninth Circuit -- Pangelinan's counsel has not been discharged yet notwithstanding appellate court Order or Judgment of October 11, 2007), pursuant to FRAP 24(a)(3)(A). Thus, Plaintiff Pangelinan is not required to pay the required appeal, filing and

docketing fees. See, Circuit Rule 3-1.

Pursuant to FRAP 4(c)(1) and Rule 3(d), Rules Governing Section 2255 Proceedings For The United States District Courts, Plaintiff Pangelinan declares under penalty of perjury under 28 U.S.C. §1746 that this notice is deposited in the FDC SeaTac, Federal Detention Center, mailing system on this November 4, 2007, for mailing to the district court, first-class postage prepaid. Plaintiff Pangelinan's present incarceration is in the FDC SeaTac, Seattle (SeaTac), State of Washington.

Dated this 4th day of November, 2007.

_____
John S. Pangelinan, Plaintiff

John S. Pangelinan
Reg. #00400-COV, Unit FB, Cell 8, U
FDC SeaTac
Federal Detention Center
P.O. Box 13900
Seattle, WA 98198-1088