FILED
Clerk
District Court

DEC - 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN,<br><br>          Plaintiff<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant | Civil No. 07-0027<br>Criminal No. 06-00012<br><br>ORDER DISMISSING<br>SECOND 28 U.S.C. § 2255<br>MOTION and DENYING<br>CERTIFICATE OF<br>APPEALABILITY |

      THE COURT has before it plaintiff's "Motion and Request for Disposition of Plaintiff's (Second) 28 U.S.C. § 2255 Motion Filed on October 25, 2007," received and filed in this court on November 23, 2007.

      On August 22, 2007, the court received plaintiff's pro se 28 U.S.C. § 2255 motion. On September 6, 2007, the court denied the motion, *without* deeming it

to be plaintiff's first § 2255 petition. On September 25, 2007, the court received plaintiff's motion for reconsideration, which the court denied on October 11, 2007. On October 25, 2007, the court received plaintiff's petition for a writ of coram nobis, declaratory judgment, and for 28 U.S.C. § 2255 relief. On October 29, 2007, the court denied the motion as moot, finding that plaintiff was no longer "in custody" for purposes of 28 U.S.C. § 2255. On November 13, 2007, plaintiff filed a notice of appeal of the court's October 29, 2007, order denying his first petition for 28 U.S.C. § 2255 relief.

In the interests of conserving the resources of the court and the parties, the court rules as follows:

The court deemed plaintiff's October 25, 2007, 28 U.S.C. § 2255 petition to be his first petition and denied it as moot for the reasons stated in the court's order. Pursuant to 28 U.S.C. § 2244(b)(3)(A) and 28 U.S.C. § 2255, plaintiff must now petition the U.S. Court of Appeals for the Ninth Circuit before he may file a second or successive petition in this court. Accordingly, to assist plaintiff in bringing this matter to the Ninth Circuit as quickly as possible,

IT IS ORDERED:

1. That plaintiff's second 28 U.S.C. § 2255 motion, filed November 23, 2007, is dismissed for plaintiff's failure to first petition the U.S. Court of Appeals for the Ninth Circuit for permission to file it in this court; and,

2. Collectively construing petitioner's post-October 25, 2007, filings as a motion for a certificate of appealability from this court, that motion is denied because plaintiff has failed to meet the requirements of the final paragraph of 28 U.S.C. § 2255; and,

3. The court will accept no further filings in this matter unless and until directed to do so by the Ninth Circuit. Any filings received from plaintiff will be returned to him unfiled.

DATED this 3rd day of December, 2007.

_____
DAVID A. WISEMAN
Judge