John S. Pangelinan
P.O. Box 501721
Saipan, MP 96950

Telephone No. (670) 322-0322

Pro Se

FILED
Clerk
District Court

JUN - 3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN S. PANGELINAN<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | Civil Action No. 07-0027<br>Criminal No. 06-00012<br><br>Notice Of Appeal |

Notice is hereby given that John S. Pangelinan, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit at San Francisco, California, from the Order Dismissing Third 28 U.S.C. §2255 Motion and Denying Certificate of Appeal-

-1-

ability, filed on May 30, 2008.

Plaintiff Pangelinan "was determined to be financially unable to obtain adequate defense in a case" in <u>U.S.A v. Pangelinan</u>, Criminal Action No. 06-00012, U.S. District Court for the Northern Mariana Islands, and in <u>U.S.A. v. Pangelinan</u>, Case No. 07-12395 & Case No. 07-10030, U.S. Court of Appeals for the Ninth Circuit, pursuant to FRAP 24(a)(3)(A). See, Order of January 28, 2008, Case No. 07-12395, 9th Circuit Court. Thus, Pangelinan is not required to pay appeal, filing and docketing fees. See, Circuit Rule 3-1.

Dated this June 2nd, 2008.

_____
John S. Pangelinan
Plaintiff-Appellant
Pro Se

-2-