UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 20 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOHN S. PANGELINAN,<br><br>Defendant - Appellant. | No. 07-17395<br>D.C. No. CV-07-00027-DAW<br>CR-06-00012-DAW<br>District of the Northern Mariana Islands, nmi<br><br>MANDATE |

F I L E D
Clerk
District Court

AUG 2 6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

The judgment of this Court, entered 7/22/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 08/20/2008 at 9:20:19 AM PDT and filed on 08/20/2008
**Case Name:**                   USA v. Pangelinan
**Case Number:**                 07-17395
**Document(s):**                 Document(s)

**Docket Text:**
MANDATE ISSUED.(MMS, EL and SSI)

The following document(s) are associated with this transaction:
**Document Description:**Mandate Letter
**Original Filename:**/opt/ACECF/live/forms/leeann_0717395_6621665_MandateForm_108.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=08/20/2008] [FileNumber=6621665-0]
[412b8cfa3a55d058f090f6756734afdbc751a8516774b0a7454c256d8b363fff767b94c6e03f67464b8a9c4:
**Recipients:**

- Moore, Craig N., Attorney
- Pangelinan, John S.
- Pixley, Steven P., Attorney
- USDC, Marianas

**Notice will be mailed to:**

Moore, Craig N., Attorney
USNMI - OFFICE OF THE U.S. ATTORNEY
Ste 300
P.O. Box 500377
Saipan, MP 96950

Pangelinan, John S.
P.O. Box 501721
Saipan, MP 96950

Pixley, Steven P., Attorney
Law Office of Steven P. Pixley
CIC Center, Beach Rd. Garapan
Second Floor
P.O. Box 7757 SVRB
Saipan, MP 96950

USDC, Marianas
Northern Mariana Islands
P.O. Box 500687
Saipan, MP 96950

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6621665
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5776538